IDA L. HACKNEY, a Widow, Appellant, v.
ROSCOE J. HACKNEY, Appellee.

199 So. 755
Division A
Opinion Filed January 14, 1941
Rehearing Denied February 3, 1941

*Hope Strong* and *George Palmer Garrett,* for Appellant;
*Cushman S. Radebaugh* and *Dickinson & Dickinson,* for
Appellee.

PER CURIAM.—From a study of the file in the above
case, no reversible error has appeared, therefore, the decree
of the chancellor is—

Affirmed.

TERRELL, C. J., BUFORD, THOMAS and ADAMS, J. J., con-
cur.

Justices WHITFIELD, BROWN and CHAPMAN not parti-
pating as authorized by Section 4687, Compiled General
Laws of 1927, and Rule 21-A of the Rules of this Court.